IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSIE STRUGGS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) )   CIV. ACT. NO. 2:24-cv-469-TFM-B |
| FRANK BISIGNANO,[1] Acting Commissioner of Social Security, | ) ) ) ) |
|     Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is Defendant's *Unopposed Motion for Entry of Judgment with Remand* (Doc. 13, filed 5/19/25). The motion requests remand pursuant to sentence four of 42 U.S.C. § 405(g). Accordingly, it is hereby ORDERED that the motion to remand (Doc. 13) is **GRANTED**. It is further **ORDERED** and **ADJUDGED** that the decision of the Commissioner is hereby **REVERSED** and this case is **REMANDED** to the Commissioner for further proceedings consistent with the motion and this opinion. On remand, the case will be remanded to an administrative law judge who will offer the claimant an opportunity for a supplemental hearing and issue a new decision.

A separate judgment shall be entered pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 19th day of May 2025.

          /s/ Terry F. Moorer
          TERRY F. MOORER
          UNITED STATES DISTRICT JUDGE

---

[1] Frank Bisignano became Commissioner of Social Security on May 6, 2026. Pursuant to Fed. R. Civ. P. 25(d), he automatically substitutes for Carolyn Colvin as the defendant in this lawsuit.