IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSIE STRUGGS, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) CIV. ACT. NO. 2:24-cv-469-TFM-B ) |
| FRANK BISIGNANO, Acting Commissioner of Social Security, | ) ) ) ) |
|    Defendant. | ) |

### **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this same date, it is **ORDERED, ADJUDGED, and DECREED** that the decision of the Commissioner is hereby **REVERSED** and this case is **REMANDED** to the Commissioner for further consideration and proceedings with the motion and opinion on remand.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 19th day of May, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE